WARREN *et al. v.* MONNISH.

97a 399
105 252
97a 399,
f110 761
97a 399
112 792
f112 911
97 399
Case 1
126 720
97 399
Case 1
130 561

*Lumpkin, J.*—1. There was not, upon the hearing of an application for an injunction, any abuse of discretion in refusing to admit in evidence an affidavit which was not "intituled in the cause," and as to which there was no proof that it was made or intended to be used as evidence in any court or in any case, save a memorandum on the back containing the names of the parties and of the court in which the application for injunction was pending, and there being nothing to show when or by whom this memorandum was entered, or that it was made with the affiant's knowledge.

2. The evidence being conflicting, and apparently preponderating in favor of the defendant, there was no abuse of discretion in denying the injunction.     *Judgment affirmed.*
January 20, 1896.

Petition for injunction. Before Judge Lumpkin. Fulton county. June 29, 1895.

On the hearing of an application for injunction, the plaintiffs offered in evidence an affidavit of Geo. M. Warren, going materially to support the allegations of their petition. It was objected to, on the ground that the name of the case was not stated therein; and the objection was sustained. There was no caption to the affidavit, showing the case or court, no statement of the case, and nothing to show that it was testimony in any case in court, except a memorandum on the back of it, which stated the court, term, name of the case, and "affidavit of Geo. M. Warren." There was nothing to show when or by whom this endorsement was made.

*Felder & Davis*, for plaintiffs.
*Arnold & O'Bryan*, for defendant.